# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYDIRT GOLD COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BURDOCK AND ASSOCIATES, INC., doing business as BURDOCK GROUP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-9782-AB-PLAx<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br><br>Filed: December 17, 2021 (upon removal) |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is granted.

**IT IS SO ORDERED.**

Dated: September 27, 2022

*Paul L. Abrams*
Honorable Paul L. Abrams
United States Chief Magistrate Judge